*IN THE UNITED STATES DISTRICT COURT*
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SAMUEL LARNCE, JR.                                                                    PLAINTIFF

v.                                         NO. 3:05CV00185 JLH

SOUTHERN RICE & COTTON                                                          DEFENDANT

## ORDER

Plaintiff having been granted leave of court to proceed in forma pauperis.

IT IS ORDERED THAT, pursuant to Rule 4(c)(iii) of the Federal Rules of Civil Procedure, the United States Marshal for the Eastern District of Arkansas is directed to serve the summons and complaint on the defendant(s) in this action.

The Marshal shall serve the summons pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this __9th__ day of August, 2005.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE