*IN THE UNITED STATES DISTRICT COURT*
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SAMUEL LARNCE, JR.                                                                              PLAINTIFF

vs.                                         No.  3:05CV00185 JLH

SOUTHERN RICE & COTTON                                                              DEFENDANT

## ORDER

The Final Scheduling Order filed in this matter on December 22, 2005, directed the parties to file a status report by March 2, 2006.  The plaintiff, who is proceeding *pro se*, has submitted his status report.  Counsel for defendant has been contacted on multiple occasions, but as of this date, the report has not been filed.  Therefore, defendant is directed to file a status report no later than ***THURSDAY, MARCH 30, 2006***.  Pretrial Disclosure Sheets will remain due on April 11, 2006.

IT IS SO ORDERED this 23rd day of March, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE