IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SAMUEL LARNCE, JR.                                          PLAINTIFF

vs.                    Case No. 3:05CV00185 JLH

SOUTHERN RICE & COTTON                                      DEFENDANT

### CONSENT ORDER OF DISMISSAL WITH PREJUDICE

On this 16th day of May, 2006, it is represented to the Court by Samuel Larnce, Plaintiff, and Defendant Southern Rice & Cotton, that the above cause has been compromised and settled, and the same should be dismissed with prejudice.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that the above styled cause be, and the same hereby is, dismissed with prejudice with each party to bear its own costs and attorneys' fees.

_____
District Judge

May/6, 2006
Date

APPPROVED BY:

_____
Samuel Larnce